544 U.S. 1014
 BAEZ
v.
UNITED STATES
CASTORENA-RAMIREZ
v.
UNITED STATES
GONZALEZ-LABORICO
v.
UNITED STATES
GUTIERREZ-GUEVARA
v.
UNITED STATES
HERNANDEZ-GARCIA
v.
UNITED STATES
HERRERA-FLORES
v.
UNITED STATES
IBARRA-ARELLANO
v.
UNITED STATES
RAMIREZ-GARCIA
v.
UNITED STATES
RAMOS-ZUNIGA
v.
UNITED STATES
RODRIGUEZ-GASPAR
v.
UNITED STATES
ROJAS-DE-LA ROSA
v.
UNITED STATES
SANCHEZ-MENDEZ
v.
UNITED STATES
VASQUEZ-RAMOS
v.
UNITED STATES
 No. 04-9315.
 Supreme Court of United States.
 May 2, 2005.
 
 1
 Reported below: 115 Fed. Appx. 281.
 
 
 2
 Reported below: 115 Fed. Appx. 248.
 
 
 3
 Reported below: 115 Fed. Appx. 260.
 
 
 4
 Reported below: 115 Fed. Appx. 747.
 
 
 5
 Reported below: 115 Fed. Appx. 261.
 
 
 6
 Reported below: 115 Fed. Appx. 748.
 
 
 7
 Reported below: 115 Fed. Appx. 263.
 
 
 8
 Reported below: 115 Fed. Appx. 263.
 
 
 9
 Reported below: 115 Fed. Appx. 715.
 
 
 10
 Reported below: 115 Fed. Appx. 247.
 
 
 11
 Reported below: 115 Fed. Appx. 265.
 
 
 12
 Reported below: C.A. 5th Cir.
 
 
 13
 Motion of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U.S. 220 (2005).